

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

Scott Lafette Simpson,

\* From the 104th District of
of Taylor County,
Trial Court No. 19892B.

Vs. No. 11-16-00198-CR

\* July 31, 2018

The State of Texas,

\* Memorandum Opinion by Dauphinot, S.J.
(Panel consists of: Bailey, J.,
Wright, S.C.J., sitting by assignment,
and Dauphinot, S.J., sitting by
assignment)
(Willson, J., not participating)

This court has inspected the record in this cause and concludes that there is error in one of the judgments below.  Therefore, in accordance with this court's opinion, we affirm the judgment of the trial court as to Count One, Paragraph One and as to Count One, Paragraph Two.  We reverse the trial court's judgment as to Count Two only, and we render a judgment of acquittal as to that count.